SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIRAN PAL SINGH,<br><br>          Petitioner,<br><br>   v.<br><br>ROBERT S. MUELLER, III, Director,<br>Federal Bureau of Investigation, *et al.*,<br><br>          Respondents. | No. C 07-5033 JF<br><br>**STIPULATION TO DISMISS; AND<br>[PROPOSED] ORDER** |

Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Petitioner's adjustment of status application (Form I-485).

///
///
///
///
///
///
///
///

Stipulation to Dismiss
C07-5033 JF                                       1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: December 3, 2007                    Respectfully submitted,

3 |                                             SCOTT N. SCHOOLS
                                                United States Attorney
4 |
5 |
6 |                                             _____/s/_____
                                                MELANIE L. PROCTOR
                                                Assistant United States Attorney
7 |                                             Attorney for Respondents
8 |
  | Dated: November 30, 2007                   _____/s/_____
9 |                                             MAHESH BAJORIA
                                                Attorney for Petitioner
10 |
11 |
12 |                                **ORDER**
13 |    Pursuant to stipulation, IT IS SO ORDERED.
14 |
15 |
   | Date:                                      _____
16 |                                             JEREMY FOGEL
                                                 United States District Judge
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

Stipulation to Dismiss
C07-5033 JF                                     2