SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KIRAN PAL SINGH, | ) |
|     Petitioner, | ) No. C 07-5033 JF |
| v. | ) **STIPULATION TO DISMISS; AND** |
| ROBERT S. MUELLER, III, Director, Federal Bureau of Investigation, *et al.*, | ) **[PROPOSED] ORDER** |
|     Respondents. | ) |

    Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Petitioner's adjustment of status application (Form I-485).

///

///

///

///

///

///

///

///

Stipulation to Dismiss
C07-5033 JF                                                           1

1 | Each of the parties shall bear their own costs and fees.

2 | Dated: December 3, 2007                                    Respectfully submitted,

3 |                                                            SCOTT N. SCHOOLS
                                                               United States Attorney

6 |                                                            _____/s/_____
                                                               MELANIE L. PROCTOR
                                                               Assistant United States Attorney
7 |                                                            Attorney for Respondents

8 | Dated: November 30, 2007                                   _____/s/_____
9 |                                                            MAHESH BAJORIA
                                                               Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 12/10/07

_____
JEREMY FOGEL
United States District Judge

Stipulation to Dismiss
C07-5033 JF                                          2